IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER FOR DISMISSAL |
| v. | 05-CR-207 (GLS) |
| FELIX RAMOS, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Northern District of New York, hereby dismiss the Complaint and vacate the arrest warrant against FELIX RAMOS, the defendant.

The reason(s) for this dismissal are (check one or more):

    _____   Case transferred to another District
    _____   Speedy Trial Act
    _____   Defendant's cooperation
    _____   Insufficient evidence at this time
      X     Other: In the interest of justice

With respect to this dismissal, defendant (check one):
    _____   Consents
    _____   Objects
      X     Has not been consulted

This dismissal is without prejudice.

                                        Respectfully submitted,

                                        GLENN T. SUDDABY
                                        United States Attorney

BY:

                                        Richard S. Hartunian
                                        Assistant U.S. Attorney
                                        BAR ROLL # 301383

        \*     \*     \*     \*     \*     \*     \*     \*

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: October 25, 2006

                                        HON. GARY L. SHARPE
                                        UNITED STATES DISTRICT JUDGE